IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BILLY CLIFTON STEWART,
    Plaintiff,

vs.                                         Case No. 5:10cv35/RS/EMT

FLORIDA DEPARTMENT OF EDUCATION
AND DEPARTMENT OF LABOR VOC REHAB,
    Defendant.
_____/

## ORDER

    This matter is before the court on a motion for rehearing and a motion to proceed in forma pauperis filed by Plaintiff (Docs. 1, 2). Both documents bear the style and case number <u>Stewart v. Florida Department of Vocational Rehabilitation, et al.</u>, Case No. 5:01cv5/SPM; however, instead of docketing them in Case No. 5:01cv5/SPM, the clerk of court opened the instant case. As it was Plaintiff's intent to file the post-judgment motions in Case No. 5:01cv5/SPM, the clerk shall be directed to correct the administrative error by filing the documents in Case No. 5:01cv5/SPM and closing the instant case.

    Accordingly, it is **ORDERED**:

    The clerk of court shall file Plaintiff's motion for rehearing and motion to proceed in forma pauperis in Case No. 5:01cv5/SPM and administratively close the instant case.

    **DONE AND ORDERED** this 24th day of February 2010.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**